UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 19 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RUSS WALKER; GLENN PELIKAN, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> STATE OF OREGON, by and through KATE BROWN, Secretary of State for the State of Oregon, <br><br> Defendants - Appellees. | No. 10-35365 <br><br> D.C. No. 6:08-cv-06135-HO <br> U.S. District Court for Oregon, Eugene <br><br> **TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Mon., May 17, 2010** | Transcript shall be ordered. |
| **Tue., June 15, 2010** | Transcript shall be filed by court reporter. |
| **Mon., July 26, 2010** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Tue., August 24, 2010** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellees' brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Ephraim Belete
Deputy Clerk